# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CASSINE HASELDEN,**

        **Plaintiff,**

-vs-                                        **Case No.  6:05-cv-1114-Orl-31KRS**

**P.A. PATRICK A. CAREY, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR PROTECTIVE ORDER UNDER F.R.C.P. 26(C) (Doc. No. 32)** |
| **FILED:** | **April 14, 2006** |
| _____ | |

The defendants shall file and serve a response to the motion on or before April 21, 2006.  If the plaintiff did not appear for her deposition on April 14, 2006, the response to the motion shall set forth a date during the week of April 24, 2006, on which the defendants seek to depose the plaintiff.  Counsel for the defendant shall confer with the plaintiff and her attorney[1] in a good faith effort to arrive at a mutually agreeable date for the deposition.  The Clerk of Court is directed to mail a copy of this order to the plaintiff and to Jonathan R. Altman, Esq., 1500 East Lancaster Ave., Suite 100, Paoli, PA 19301.

      **DONE** and **ORDERED** in Orlando, Florida on April 17, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties

_____

[1] If the plaintiff is represented by counsel in this case, counsel shall promptly file a notice of appearance in this case.