UNITED STATES DISTRICT COURT
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

**CASSINE HASELDEN,**

      **Plaintiff,**

**-vs-**                   **Case No. 6:05-cv-1114-Orl-31KRS**

**P.A. PATRICK A. CAREY, ET AL.,**

      **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following document filed herein:

| | |
|---|---|
| **MOTION:** | **RESPONSE IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER (Doc. No. 34)** |
| **FILED:** | April 21, 2006 |

  In its response to Plaintiff Cassine Haselden's motion for protective order, Defendant Citibank (South Dakota), N.A. (Citibank) requests a variety of affirmative relief, including imposition of sanctions and an ordering dismissing the case for failure to prosecute it. Doc. No. 34 at 5-6. Including a request for relief in a response effectively precludes the opposing party from an opportunity to respond to the document because the local rules of this Court do not permit filing of reply briefs. Hence, to the extent that Citibank seeks affirmative relief in the response, the requests are **DENIED** without prejudice to reasserting them in a motion.

  **DONE** and **ORDERED** in Orlando, Florida on April 24, 2006.

                     *Karla R. Spaulding*
                     KARLA R. SPAULDING
                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties