**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASSINE HASELDEN,

       **Plaintiff,**

-vs-                         **Case No.  6:05-cv-1114-Orl-31KRS**

CITIBANK (SOUTH DAKOTA) N.A.,

       **Defendants.**

_____

## ORDER

Following the voluntary dismissal of Plaintiff's claims, Defendant Citibank (South

Dakota) N.A. filed a Motion for Attorney's Fees and Costs (Doc. 50), with supporting

documentation and memorandum in support (Doc. 51).  Plaintiff filed a response (Doc. 54).

Plaintiff's claims are patently frivolous, she made no effort to prosecute the action and

thwarted Defendant's efforts to engage in reasonable discovery.  It appears that Plaintiff's lawsuit

was motivated in large part by her desire to gain leverage in the underlying collection suit filed

against her by Citibank.

Using this action to delay and harass Citibank, Plaintiff acted in bad faith and is, therefore,

obligated to reimburse Citibank for its reasonable fees and costs in defending this action.  15

U.S.C. section 1692k(a)(3).[1]  Having examined Defendant's affidavit of attorney's fees and costs

(Doc. 50-1), it is

---

[1]Plaintiff's *pro se* status does not excuse such conduct.  The Court cannot allow its authority
to be abused in this way, regardless of a party's lack of legal training.  Furthermore, although no
appearance was ever made, Plaintiff was represented by counsel during the course of this proceeding.

**ORDERED** that Defendant's Motion is GRANTED.  Citibank (South Dakota) N.A. is awarded $133.91 in taxable costs and $11,037 in attorney's fees, for a total of $11,170.91.  The Clerk shall enter judgment accordingly.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 25, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party